x:\tc51612\appear

WDJ/ls
File No.: TC-51612

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
JULIO HURTADO AND ELDA MONICA MONTES,

                Plaintiffs,

      -against-

100 CHURCH, LLC, 63 WALL STREET INC., 63 WALL, INC., 90 CHAMBERS REALTY LLC, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., AMERICAN EXPRESS BANK, LTD., AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST CMPANY, BATTERY PARK CITY AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROEPRTIES HOLDINGS INC., BROWN BROTHERS HARRIMAN & CO., INC., BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO., INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING P.C., LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO,

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, SABINE ZERARKA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TRC ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP RETAIL CO G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P. AND ZAR REALTY MANAGEMENT CORP., ET AL.

      Defendants.
-----------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 10, 2007

              WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
              BARRY, McTIERNAN & MOORE
              Attorneys for Defendants
              STRUCTURE TONE, INC. s/h/a
              STRUCTURE TONE (UK), INC. and
              STRUCTURE TONE GLOBAL SERVICES, INC.
              2 Rector Street – 14th Floor
              New York, New York 10006
              (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700