UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
JULIO HURTADO (AND WIFE ELDA MONICA MONTES),   07CV5295 (AKH)

                Plaintiffs,

  -against-

100 CHURCH STREET, LLC
63 WALL STREET INC.
63 WAL INC.,
90 CHAMBERS REALTY LLC,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
AMERICAN EXPRESS BANK LTD,
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC.,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BFP TOWER C CO LLC,
BFP TOWER C MM LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
BROWN BROTHERS HARRIMAN & CO INC.,
BT PRIVATE CLIENTS CORP.,
CUNNINGHAM DUCT CLEANING CO INC.,
DEUTSCHE BANK TRUST CORPORATION,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
FGP 90 WEST STREET INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.

KASCO RESTORATION SERVICES, CO.,
KIBEL COMPANIES,
LAW ENGINEERING PC,
LEHMAN BROTHERS HOLDING INC.,
LEHAMN BROTHERS INC.,
LEHMAN BROTHERS COMMERCIAL PAPER INC.,
MCCLIER CORPORATION,
MERRILL LYNCH & CO., INC.
NOMURA HOLDING AMERICA INC.,
NOMURA SECURITIES INTERNATIONAL INC.
ROYAL AND SUNALLIANCE INSURANCE GROUP PLC,
SABINE ZERARKA,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
THE BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN INTERIORS CORPORATION,
TOSCORP INC.,
TRAMMEL CROW COMPANY,
TRAMMEL CROW CORPORATE SERVICES INC.,
TRC ENGINEERS INC.,
WESTON SOLUTIONS, INC.,
WFP RETAIL CO GP CORP,
WFP RETAIL CO LP
WFP TOWER B CO GP CORP,
WFP TOWER B HOLDING CO I LP,
WFP TOWER B CO LP,
ZAR REALTY MANAGEMENT CORP.,

                                  Defendants.
------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

                                 Yours, etc.
                                 FRIEDMAN, HARFENIST, LANGER & KRAUT
                                 Attorneys for Defendant –Envirotech
                                 3000 Marcus Avenue, Suite 2E1
                                 Lake Success, New York 11042
                                 (516) 775-5800
                                 BY: _____
                                         Heather L. Smar (4622)