UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------------X

| | |
|---|---|
| JULIO HURTADO AND ELDA MONICA MONTES, | 07-CV-05295-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | |
| 100 CHURCH, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York	DICKSTEIN SHAPIRO LLP
       October 3, 2007

                               By:    /s/ Judith R. Cohen
                                            _____
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501

                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.