x:\ATS51725\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X        **21 MC 102 (AKH)**
JULIO HURTADO AND ELDA MONICA MONTES,


                                                                      **Civil Action No.:**


                                                                      **NOTICE OF ADOPTION**


                              Plaintiff(s),

                - against -


100 CHURCH, LLC, 63 WALL STREET INC., 63 WALL,
INC., 90 CHAMBERS REALTY LLC, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., AMERICAN EXPRESS
BANK, LTD., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES CORPORATION,
BANKERS TRUST CMPANY, BATTERY PARK CITY
AUTHORITY, BFP TOWER C CO. LLC., BFP TOWER C MM
LLC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROEPRTIES HOLDINGS INC., BROWN
BROTHERS HARRIMAN & CO., INC., BT PRIVATE
CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO.,
INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK
TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC.,
FGP 90 WEST STREET INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL

GROUP, LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., KIBEL
COMPANIES, LAW ENGINEERING P.C., LEHMAN
BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC.,
LEHMAN COMMERCIAL PAPER, INC., MCCLIER
CORPORATION, MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BANK OF NEW YORK
TRUST COMPANY NA, TISHMAN INTERIORS
CORPORATION, TOSCORP INC., TRAMMELL CROW
COMPANY, TRAMMELL CROW CORPORATE SERVICES,
INC., TRC ENGINEERS, INC., WESTON SOLUTIONS, INC.,
WFP RETAIL CO G.P. CORP., WFP RETAIL CO. L.P., WFP
TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, WFP TOWER B. CO., L.P. AND ZAR REALTY
MANAGEMENT CORP., ET AL.

Defendant(s).

-----------------------------------------------------------------------X

COUNSELORS:

PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION,

as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
        October 9, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600