KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
JULIO HURTADO and ELDA MONICA MONTES,        DOCKET NO.:
                                             07 CV 05295
                    Plaintiffs,

   -against-

100 CHURCH, LLC, 63 WALL STREET, INC.,       NOTICE OF
63 WALL, INC., 90 CHAMBERS REALTY LLC 90     APPEARANCE
CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMERICAN EXPRESS BANK,
LTD., AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES COMPANY,
INC., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE TOWER C
CO., LLC., BFP TOWER C MM LLC., BLACKMON
MOORING STEAMATIC CATASTOPHE, INC., d/b/a
BMS CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
BROWN BROTHERS HARRIMAN & CO., INC,.
BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT
CLEANING CO., DEPARTMENT OF

BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC FGP 90 WEST STREET, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWER ASSOCIATES, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING, P.C., LEHMAN BROTHERS HOLDINGS, INC., LEHMAN BROTHERS, NC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO., INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC. ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., RY MANAGEMENT, SABINE ZERARKA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC., TISHMAN INTERIORS CORPORATION, TISHMAN SPEYER PROPERTIES, TOSCORP INC., TRAMMEL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TRC ENGINEERS, INC., TRIBECA LANDING LLC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., V C CUCINIELLO, VERIZON NEW YORK INC., WESTON SOLUTIONS, INC., WFP RETAIL CO., G.P., CORP., WFP RETAIL CO. L.P., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P., WFP TOWER D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P., WFP TOWER D. CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

                                            **Defendants.**
-----------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 31, 2008

                                    Kevin G. Horbatiuk
                                    Kevin G. Horbatiuk (KGH4977)
                                    Attorneys for Defendant
                                    **CUNNINGHAM DUCT WORK s/h/i/a**
                                    **CUNNINGHAM DUCT CLEANING CO.,**
                                    **INC.,**
                                    RUSSO, KEANE & TONER, LLP
                                    26 Broadway, 28th Floor
                                    New York, New York 10004
                                    (212) 482-0001
                                    RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **JULIO HURTADO and ELDA MONICA MONTES**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 31st day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JULIO HURTADO and ELDA MONICA MONTES**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**