UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE      :       21 MC 102 (AKH)
LITIGATION                                :
:
:
------------------------------------------------------------- X
:
JULIO HURTADO (AND WIFE, ELDA MONICA      :       07-CV-05295 (AKH)
MONTES),                                  :
:
:
               Plaintiff,               :
:
-against-                                 :
:
100 CHURCH, LLC, 63 WALL STREET INC, 63   :       **FGP 90 WEST STREET,**
WALL, INC., 90 CHAMBERS REALTY LLC, 90    :       **INC.'S NOTICE OF**
CHURCH STREET LIMITED PARTNERSHIP,        :       **ADOPTION OF ANSWER TO**
ALAN KASMAN DBA KASCO, AMBIENT            :       **MASTER COMPLAINT**
GROUP, INC., AMERICAN EXPRESS BANK,       :
LTD, AMERICAN EXPRESS COMPANY,            :
AMERICAN EXPRESS TRAVEL RELATED           :
SERVICES COMPANY, INC., ANN TAYLOR        :
STORES CORPORATION, BANKERS TRUST         :
COMPANY, BATTERY PARK CITY                :
AUTHORITY, BELFOR USA GROUP, INC., BFP    :
TOWER C CO. LLC., BFP TOWER C MM LLC.,    :
BLACKMON-MOORING-STEAMATIC                :
CATASTOPHE, INC. D/B/A BMS CAT, BOARD     :
OF EDUCATION OF THE CITY OF NEW YORK,     :
BOARD OF MANAGERS OF THE HUDSON           :
VIEW EAST CONDOMINIUM, BOSTON             :
PROPERTIES, INC., BROOKFIELD FINANCIAL    :
PROPERTIES, INC., BROOKFIELD FINANCIAL    :
PROPERTIES, LP, BROOKFIELD PARTNERS,      :
LP, BROOKFIELD PROPERTIES                 :
CORPORATION, BROOKFIELD PROPERTIES        :
HOLDINGS INC., BROWN BROTHERS.            :
HARRIMAN & CO., INC., BT PRIVATE CLIENTS  :
CORP., CUNNINGHAM DUCT CLEANING CO.,      :
INC., DEPARTMENT OF BUSINESS SERVICES,    :
DEUTSCHE BANK TRUST COMPANY,              :
DEUTSCHE BANK TRUST COMPANY               :

NEWY1\8193916.1

|  |  |
|---|---|
| AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING P.C., LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO, INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., R Y MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, SABINE ZERARKA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL. SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TISHMAN SPEYER PROPERTIES, TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TRC ENGINEERS, INC., TRIBECA LANDING L.L.C., TULLY CONSTRUCTION CO., INC., TULLYINDUSTRIES, INC, V CUCINIELLO, VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., and ZAR REALTY MANAGEMENT CORP., ET AL, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |
| ----------------------------------------------------------- | X |

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
February 4, 2008

By:    s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant
FGP 90 West Street, Inc.*

NEWY1\8193916.1