William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

JULIO HURTADO (AND WIFE ELDA MONICA
MONTES)
                                           **NOTICE OF THE
                                           BROOKFIELD
                V.                         PARTIES' ADOPTION
                                           OF AMENDED ANSWER
                                           TO MASTER
                                           COMPLAINT**

100 CHURCH, LLC, ET. AL.,
                                           CASE NUMBER: (AKH)
                                           07 CV 5295
_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co L.P., WFP Tower B Co. GP Corp., BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       January **31** 2008

                               Faust, Goetz, Schenker & Blee, LLP

                               By:  William J. Smith (WJS-9137)
                               Attorneys for the Brookfield Parties
                               Two Rector Street, 20th Floor
                               New York, NY 10006
                               (212) 363-6900