UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
JULIO HURTADO AND ELDA MONICA MONTES,

         Plaintiffs,      07CV05295

                   ANSWER TO
                   AMENDED
                   COMPLAINT

    -against-

100 CHURCH, LLC, 63 WALL STREET INC,
63 WALL, INC., 90 CHAMBERS REALTY LLC,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMERICAN EXPRESS BANK,
LTD. AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., ANN TAYLOR
STORES CORPORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
TOWER C CO. LLC., BFP TOWER C MM LLC.,
BLACKMON-MOORNG-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW
YORK, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC., BROOKFIELD
FNANCIAL PROPERTIES,INC., BROOKFIELD
FNANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDNGS INC., BROWN BROTHERS
HARRIMAN & CO., INC., BT PRIVATE
CLIENTS CORP., CUNNINGHAM DUCT
CLEANING CO., INC., DEPARTMENT OF
BUS1NESS SERVICES, DEUTSCHE BANK
TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK
TRUST CORPORATION, ENVIROTECH CLEAN
AIR, INC., FGP 90 WEST STREET NC., GPS

ENVTRONMENTAL CONSULTANTS, NC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINTUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, NC.,
KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES, LAW ENGINEERING P.C.,
LEHMAN BROTHERS HOLDNGS INC.,
LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., MCCLIER
CORPORATION, MERRILL LYNCH & CO,
INC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NOMURA
HOLDING AMERICA. INC., NOMURA
SECURITIES INTERNATIONAL, INC., R Y
MANAGEMENT CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY
MANAGEMENT, SABINE ZERARKA.
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK TRUST COMPANY NA,
TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES, TOSCORP
INC., TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES,
INC., TRC ENGINEERS, INC., TRIBECA
LANDING L.L.C., TULLY CONSTRUCTION
CO., INC., TULLY1NDUSTRIES, INC, V
CUCINIELLO, VERIZON NEW YORK, INC,
WESTON SOLUTIONS, INC., WFP RETAIL CO.
G.P. CORP., WFP RETAIL CO. L.P., WFP
TOWER B CO. G.P. CORP.. WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P.,
WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., WFP TOWER D. CO.,
L.P., AND ZAR REALTY MANAGEMENT
CORP., ET AL

Defendants.
------------------------------------------------------------------x
PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as

and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
March 24, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)